IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHIRLEY ANN SILVA, | ) | 1:05-cv-0391 TAG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER TO EXTEND |
| v. | ) | TIME |
| | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   The parties, through their respective counsel, stipulate that the time for filing defendant's opposition to plaintiff's opening brief be extended from November 22, 2005 to January 6, 2006.

   This is defendant's first request for an extension of time to file a response to plaintiff's opening brief.  Defendant needs the additional time to further review the file and prepare a response in this matter.

                                    Respectfully submitted,


Dated: November 15, 2005      /s/ Robert D. Christenson
                              (As authorized via facsimile)
                              ROBERT D. CHRISTENSON
                              Attorney for Plaintiff

///

///

///

```
Dated: November 15, 2005        McGREGOR W. SCOTT
                                United States Attorney


                                /s/ Kristi C. Kapetan
                                KRISTI C. KAPETAN
                                Assistant U.S. Attorney
```

IT IS SO ORDERED.

**Dated:   November 22, 2005**             **/s/ Theresa A. Goldner**
j6eb3d                           UNITED STATES MAGISTRATE JUDGE